UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17 CV 2479 CDP |
| | ) |
| BANK OF AMERICA, N.A., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The Court stayed this matter on February 13, 2019 pending the conclusion of the state court case styled *Bank of America, N.A. v. Donna L. King*, Case No. 15-CM-CC00101, filed in Camden County, Missouri. The Memorandum and Order of Stay required the parties to file a joint memorandum advising the Court of the outcome of the state case. In that joint memorandum the parties were also required to inform the Court whether plaintiff intends to proceed with the prosecution of this case and, if so, the parties were to propose a schedule for summary judgment motions, if applicable, and a trial date.

Although the parties informed the Court that the state court case has now been resolved with a jury verdict in Bank of America's favor [75], they failed to include the remaining required information.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint memorandum within 14 days of the date of this Memorandum and Order which provides all of the information required by the Court's February 13, 2019 Memorandum and Order of Stay.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2019.