UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DONNA KING, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:17 CV 2479 CDP |
|  | ) |  |
| BANK OF AMERICA N.A., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## MEMORANDUM AND ORDER OF STAY

For good cause shown,

**IT IS HEREBY ORDERED** that the stay of this case is continued pending further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a joint memorandum within 10 days after the post-trial motions filed by Donna King in the case of *Bank of America, N.A. v. Donna L. King*, Case No. 15-CM-CC00101, currently pending in Camden County, Missouri, have been resolved at the trial court level. The joint motion shall advise the Court on the outcome of the post-trial motions and indicate whether Donna King intends to proceed with any appeal of the state court case and the prosecution of this case and, if so, shall include a joint proposed schedule for summary judgment motions, if applicable, and a proposed trial date.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report in 90 days advising the Court on the status of the state court litigation, and shall continue to file joint status reports every 30 days thereafter until the state court case is concluded and the parties have so advised the Court by joint memorandum as set forth above.

                                               _____
                                               CATHERINE D. PERRY
                                               UNITED STATES DISTRICT JUDGE

Dated this 11th day of July, 2019.