UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17 CV 2479 CDP |
| | ) | |
| BANK OF AMERICA N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM AND ORDER OF STAY

For good cause shown,

**IT IS HEREBY ORDERED** that the stay of this case is continued pending

further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a joint memorandum

within 10 days after the appeal filed by Donna King in the case of *Bank of America,*

*N.A. v. Donna L. King*, Case No. 15-CM-CC00101, is concluded. The joint motion

shall advise the Court on the outcome of the appeal and indicate whether Donna King

intends to proceed with the prosecution of this case and, if so, shall include a joint

proposed schedule for summary judgment motions, if applicable, and a proposed trial

date.

**IT IS FURTHER ORDERED** that the parties shall continue to file joint

status reports every 30 days until the state court case is concluded and the parties

have so advised the Court by joint memorandum as set forth above.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of November, 2019.