UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA KING, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17 CV 2479 CDP |
| BANK OF AMERICA N.A., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On November 7, 2019, this Court ordered the parties to continue to file joint status reports every 30 days until the state case of *Bank of America, N.A. v. Donna L. King*, Case No. 15-CM-CC00101, is concluded. As of this date, the parties have failed and refused to file a single status report.

Accordingly,

**IT IS HEREBY ORDERED** that by noon on March 13, 2020, the parties shall comply with my November 7, 2019 Order and file a joint status report.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2020.